NEIL SELMAN (SBN 62720)
nselman@selmanlaw.com
MEKA MOORE (SBN 180017)
mmoore@selmanlaw.com
JENNIFER REVITZ (SBN 229644)
jrevitz@selmanlaw.com
ELISABETH M. D'AGOSTINO (SBN 251179)
edagostino@selmanlaw.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorneys for Plaintiff
HDI GLOBAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HDI GLOBAL INSURANCE COMPANY, an Illinois corporation, ,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH COURT LP, a California limited partnership; WASHINGTON SQUARE ASSETS LLC; RUSSELL B. FLYNN; and DOES 1-30, inclusive, ,<br><br>Defendants. | Case No. 16-cv-00210-VC<br><br>STIPULATION AND [PROPOSED] ORDER: (1) REQUESTING THE CONTINUANCE OF THE JULY 7, 2016 MOTION HEARING DATE AND AUGUST 2, 2016 FURTHER TELEPHONIC STATUS CONFERENCE; AND (2) SETTING A BRIEFING SCHEDULE FOR THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT ON HDI GLOBAL INSURANCE COMPANY'S COMPLAINT AS MODIFIED<br><br>Judge:     Hon. Vince Chhabria<br><br>Complaint Filed:     January 13, 2016 |

HDI GLOBAL INSURANCE COMPANY ("HDI Global") and ELIZABETH COURT LP, by and through their attorneys of record, submit the instant stipulation and proposed order:

Whereas, on April 12, 2016, the parties attended a Telephonic Case Management Conference, and the Court ordered that Cross Motions for Summary Judgment on Plaintiff HDI Global's claims be heard on July 7, 2016 at 10:00 a.m. Additionally, the Court scheduled a Further Telephonic Case Management Conference for August 2, 2016 at 2:30 p.m.

Whereas, the parties have agreed to mediate this matter during June 2016, and are in the process of confirming the mediation date.

1

690403.1 2664.37875

Whereas, the parties discussed the timing of the mediation session and the motion hearing scheduled for July 7, 2016, and agreed that the mediation session would be more fruitful if the motion hearing date was continued to August 18, 2016, or a date thereafter as is convenient for the Court.

Whereas, the parties have agreed to a briefing schedule based on the proposed August 18, 2016 Cross Motion hearing date, as set forth below.

THEREFORE, Plaintiff HDI Global and Defendant Elizabeth Court LP hereby stipulate and agree as follows:

- The Parties respectfully request that the hearing on the parties' Cross Motions for Summary Judgment on HDI Global's Complaint be continued from July 7, 2016 to August 18, 2016 at 10:00 a.m.;
- The Parties also respectfully request that the Further Telephonic Case Management Conference be continued from August 2, 2016 to September 13, 2016 at 2:30 p.m.;
- The Parties also agree to the following briefing schedule based on the proposed August 18, 2016 hearing date:
    - Last Day to File HDI Global's Opening Brief: June 23, 2016
    - Last Day to File Elizabeth Court LP's Opening/Opposition Brief: July 7, 2016
    - Last Day to File HDI Global's Opposition/Reply Brief: July 21, 2016
    - Last Day to File Elizabeth Court LP's Reply Brief: August 4, 2016

DATED: May 5, 2016                     SELMAN BREITMAN LLP


By: */s/ Elisabeth M. D'Agostino*
MEKA MOORE
JENNIFER REVITZ
ELISABETH M. D'AGOSTINO
Attorneys for Plaintiff
HDI GLOBAL INSURANCE COMPANY

DATED: May 5, 2016                        BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP

By: /s/ John R. Campo
    JOHN R. CAMPO
    Attorneys for Defendant and Counter-Claimant
    ELIZABETH COURT LP

The filer of this document attests that she obtained authority from Mr. Campo to affix his e-signature hereto.

[PROPOSED] **ORDER** AS MODIFIED

PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:

(1) The hearing on the parties' Cross Motions for Summary Judgment on HDI Global's Complaint is continued to August 18, 2016 at 10:00 a.m.;

(2) The Further Telephonic Case Management Conference is continued to September 13, 2016 at 2:30 p.m.;

(3) The Parties shall submit briefing related to the August 18, 2016 motion hearing pursuant to the below briefing schedule:

- Last Day to File HDI Global's Opening Brief: June 23, 2016
- Last Day to File Elizabeth Court LP's Opening/Opposition Brief: July 7, 2016
- Last Day to File HDI Global's Opposition/Reply Brief: July 21, 2016
- Last Day to File Elizabeth Court LP's Reply Brief: August 4, 2016

***No further continuances will be granted.***

IT IS SO ORDERED.

Dated: May 6, 2016

Hon.

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA